In the Matter of Proving the Will of CHARLES A. COUTANT, Deceased.
MARGARET B. COUTANT, Appellant; JENNIE C. MASON, Respondent.

*Matter of Coutant* (*Will*), 145 App. Div. 918, affirmed.
(Argued October 3, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1911, which affirmed a decree of the New York County Surrogate's Court admitting to probate the will of Charles A. Coutant, deceased.

*Henry A. Foster* for appellant.

*Charles E. Travis, Benjamin L. Blauvelt, Adolph Bloch* and *Henry Bloch* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.